DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IGOR SUSHKO** and **AUTOMOTIVE NETWORK, INC.,**
a Delaware Corporation,
Appellants,

v.

**HENRY VANVURST,** et al.,
Appellees.

No. 4D21-3162

[September 30, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. CACE16-003563.

Robert J. Hantman of Hantman & Associates, Miami Beach, for appellants.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellee Henry VanVurst.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***